IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| STANFORD L. WEAVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 110-005 |
| JOHN E. POTTER, Postmaster General; JACKIE WATSON; and FELTON MITCHELL, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Watson and Mitchell are **DISMISSED** from this action, and Plaintiff's claims against Defendant Potter regarding the yelling and unwelcome comments and looks Plaintiff experienced are **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED this 17th day of June, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE