IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| STANFORD L. WEAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10-CV-005 |
| | ) |
| JOHN E. POTTER, Postmaster General | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR COMPROMISE SETTLEMENT

This Stipulation for Compromise Settlement ("Agreement") made and entered into between Stanford L. Weaver ("Plaintiff") and John E. Potter, Postmaster General, United States Postal Service ("Defendant") does hereby state as follows:

1. On January 13, 2010, Plaintiff filed a civil action in the United States District Court for the Southern District of Georgia, Augusta Division, docketed as Civil Action No. 1:10-CV-0005-JRH-WLB, against John E. Potter, Postmaster General, United States Postal Service. Therein, Plaintiff, an employee of the United States Postal Service ("USPS") alleged that he was discriminated against on the basis of his gender and race in violation of Title VII of the Civil Rights Act of 1964, as amended.

Plaintiff also alleged that several other Title VII violations which were dismissed during the pendency of this action.

2. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Agreement.

3. Plaintiff agrees to voluntarily dismiss in its entirety, with prejudice and without costs, the aforementioned civil action being Civil Action No. 1:10-CV-0005-JRH-WLB and further agrees to take all appropriate steps to execute all documents necessary to implement the terms of this Agreement.

4. In consideration of the promises set forth herein, Defendant agrees to pay Plaintiff the lump sum of One Thousand Dollars and no cents ($1,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the subject matter of the above-referenced lawsuit, including attorneys fees and costs. Payment of the Settlement Amount will be by check made payable to Stanford L. Weaver. The check will be mailed to Stanford Weaver, 207 Hillcrest Drive North Augusta, South Carolina 29841 within one month after the Agreement is filed.

5. Plaintiff and his guardians, heirs, executors, administrators, and assigns agree to and accept this sum of One Thousand Dollars and no cents ($1,000.00) in

full settlement and satisfaction and release of any and all claims, demands, rights of action, causes of action, lawsuits, judgments, claims for costs, attorneys' fees, damages losses, expenses or claims of any other character, in law or equity, known or unknown, foreseen and unforeseen, which Plaintiff or his heirs have brought or could have brought against Defendant, arising from or by reason of the incidents arising out of or related to Civil Action No. 1:10-CV-0005-JRH-WLB.

6. This Agreement is not, and is in no way intended to be, and should not be construed as, an admission of liability, fault or misconduct, or any violation of a policy, procedure, or state, local or federal law or regulation on the part of the United States Postal Service, its agents, servants, or employees, and it is specifically denied that they are liable to the Plaintiff. This settlement is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation and shall not operate as an admission of the value of Plaintiff's claims. Plaintiff expressly agrees not to use this Agreement, or permit any other person to use it, in any judicial or administrative proceeding as evidence of negligence or liability on the part of Defendant, or any of its current or former employees.

7. Plaintiff acknowledges that he understands the provisions of this Agreement and the legal effect thereof and that he has entered into this Agreement fully and without coercion or undue influence.

8. Plaintiff and Defendant agree that this Agreement is to be governed by, construed, and interpreted in accordance with federal law, and where appropriate, the laws of the State of Georgia.

9. The terms of this Agreement are contractual, not a mere recital, and shall be binding upon and inure to the benefit of Plaintiff and Defendant.

10. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

11. The persons signing this Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

12. The parties understand that this Agreement contains the entire agreement between Plaintiff and Defendant and that no promise or oral inducement has been made except as set forth herein and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein shall be of any force and effect.  The parties also agree that this Agreement, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

IN WITNESS WHEREOF, this Agreement has been executed by Plaintiff and counsel for Defendant this 1st day of May, 2012.

*[Signature]*
Stanford L. Weaver
Pro Se Plaintiff

EDWARD J. TARVER
UNITED STATES ATTORNEY
*[Signature]*
SHANNON HEATH STATKUS
ASSISTANT U.S. ATTORNEY
South Carolina Bar 7014
P.O Box 2017
Augusta, GA 30903
Attorney for Defendant

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

and I hereby certify that I have sent via U.S. Mail the documents to the following non-CM/ECF participants:

Stanford L. Weaver
207 Hillcrest Drive   North Augusta, SC 29841

Respectfully submitted,
EDWARD J. TARVER
UNITED STATES ATTORNEY

/s/     Shannon     H.     Statkus
Shannon H. Statkus
Assistant United States Attorney
Southern District of Georgia
South Carolina Bar No. 70410
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517